**Matthew W. Pritchard**
California State Bar No. 284118
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: matthew_pritchard@fd.org

Attorneys for Mr. Grande

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE GRANDE, <br><br> Defendant. | **CASE NO.** 13-CR-0130-WQH <br><br> DATE: May 6, 2013 <br> TIME: 2:00 p.m. <br><br> **NOTICE OF MOTIONS, MOTIONS, AND MEMORANDUM IN SUPPORT OF MR. GRANDE'S MOTIONS TO:** <br><br> **(1) SUPPRESS EVIDENCE,** <br> **(2) DISMISS THE INFORMATION, AND** <br> **(3) OBTAIN LEAVE TO FILE FURTHER MOTIONS.** |

TO: LAURA DUFFY, UNITED STATES ATTORNEY; AND
BRANDON KIMURA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 6, 2013, at 2:00 p.m. or as soon thereafter as counsel may be heard, Juan Jose Grande, through his counsel, Matthew W. Pritchard and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting his motions to suppress evidence, to dismiss the Information, and for leave to file further motions.

//
//
//

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: April 15, 2013

*s/ Matthew W. Pritchard*
**Matthew W. Pritchard**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Grande
matthew_pritchard@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

BRANDON KIMURA
brandon.kimura@usdoj.gov

DATED: April 15, 2013          *s/ Matthew W. Pritchard*
                                         **Matthew W. Pritchard**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Grande