# INDEX OF EXHIBITS
# U.S. V. GRANDE
# CASE NO. 13CR0130-GT

Exhibit A -  BLM Incident Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Exhibit B -  Department of Homeland Security Report of Investigation.. . . . . . . . 5

# EXHIBIT A



# UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
### INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1.0

Officer: Peters
Badge: ▓▓▓▓

Report Author: PETERS, JASON

| Incident Number: ▓▓▓▓ | Incident Type: Law Enforcement | Incident Status: Closed - Incident only | Source: |
|---|---|---|---|
| Incident Date and Time: 12/31/2012 22:00 | Incident Location: DDEC WEST SIDE SUPERSTITION MOUNTAIN OHV AREA IMPERIAL CA USA | | |

Summary: Detained Undocumented Alien Wheeler rd, BP turnover

**SUSPECT/OFFENDER**

Involvement: ARRESTEE; CHARGED; SUSPECT
Name: DOE, JOHN    Cautions: --    Date of Birth: --    Age: --    Sex: Male
Tribal id:    Deceased date: --    Address: --    SSN: --    Driver's license: --

Description:
Marks:
Clothing:
Telephone:
Charges:
LM13000217 Adult  US Federal Law Not Otherwise Listed 12/31/2012 Arrest/phys custody (illegal alien border patrol turnover)

Involvement: ARRESTEE; CHARGED; SUSPECT
Name: GARCIA, GABRIEL    Cautions: --    Date of Birth: 0▓▓▓▓ Age: 43 Sex: Male    Tribal id:
    Deceased date: --    Address: --    SSN: --    Driver's license: --
Description:
Marks:
Clothing:
Telephone:
Charges:
LM13000217 Adult  US Federal Law Not Otherwise Listed 12/31/2012 Arrest/phys custody (illegal immigration-BP turnover)

**OTHER INVOLVED PERSONS**

Involvement:
Name: --    Date of Birth: --    Sex: --    Tribal id: --    Deceased date: --
    Phone: --    Address: --    Driver's license: --    , --

**VEHICLE**

Involvement:
Make: --    Model: --    Year: --    Color: --    License: --
    State: --    VIN: --    Body style: --

| PROPERTY | Involvement: | | | | |
|---|---|---|---|---|---|
| | Type: -- | Description: -- | Make: -- | Model: -- | Year: -- |
| | Color: -- | Serial #: -- | Picture: N | | |

Narrative:

## SUMMARY:

On December 31st, 2012 I came into contact with two males walking on Wheeler Road in the Superstition OHV area. I suspected the two males had crossed the United States and Mexico Border Illegally. I turned the subjects over to a US Border Patrol Agent from the El Centro area.

## DETAILS OF INVESTIGATION:

## CONTACT:

On December 31st at about 2200hrs I was patrolling Wheeler Road in a BLM approved uniform and driving a marked law enforcement vehicle. I observed two males walking along Wheeler Road. I stopped to talk to the two males. One of the males was wearing a knit winter cap, a trench coat and white grocery style; plastic bags were tied over his shoes.

I stopped and exited my vehicle to talk to the two males. I identified myself and as Officer Peters and asked if they needed assistance. The male wearing the trench coat approached me and told me and his uncle, the other male, were kicked out of an adjacent camp because he got into a fight with his girlfriend. He said he and his uncle were going to walk to El Centro and find a hotel. He also said they had been drinking alcoholic beverages.

Anybody walking on this road and at this time of night is not common. I rarely see anyone walking along the road during the day and almost never at night. In my experience, when I encounter someone walking along the road they are under the influence of alcoholic beverages and have been involved in a disturbance in their campsite.

I explained to him they were about 30 miles from El Centro. I then asked him why he was wearing plastic bags on his feet. He said he was wearing white shoes and did not want to get them dirty. K-9 Officer Rice arrived about this time. I explained to the two men I would like to see their identification in case their girlfriends called and reported them missing.

The male in the trench coat opened his wallet and showed me that it was empty and explained his girlfriend took all of his identification out of it. The other male produced a Mexican voter identification card identifying him as Gabriel GARCIA. I formed a suspicion both subject had entered the United States illegally. I requested a Border Patrol agent respond.

I placed handcuffs on the subject's wrists and told them they were being detained. A Border Patrol agent arrived shortly thereafter. The agent interviewed the subjects. The agent told me both subjects told him they crossed illegally. I transferred the subjects to him and cleared without incident.

End Of Report

| Officer Name: Peters | Officer Signature: | Date: 4/10/13 | Officer Unit: Region: CASO State/Zone: CALIFORNIADESERTDO Area/Duty Station: ELCENTROFO |
| --- | --- | --- | --- |
| Supervisor Name: I.Cannan | Supervisor Signature: | Date: 4/10/13 | Site: Place: Point: |

5

# EXHIBIT B

5

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>GRANDE, JUAN JOSE | File Number<br>A070 212 393<br>Event No:ELS1301000001 | Date<br>01/01/2013 |

```
Program:        STR_PROS


OTHER ALIASES KNOWN BY:
-----------------------
GRANDE-SANCHEZ, JUAN   10/02/1970

SCARS, MARKS, AND TATTOOS:
--------------------------
UPPER LEFT ARM 3 ROSES
LEFT HAND CIRCLE

FOREIGN ADDRESS:
----------------
CALLE RIO CHAPULTEPEC MZ 471 LT 24 COLONIA TORRES DEL MATAMOROS 22236
TIJUANA, BAJA CALIFORNIA,
MEXICO

FATHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO GRANDE, RAFAEL
SAS
NAYARIT, NAYARIT, MEXICO

MOTHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO SANCHEZ, FRANCISCO
SAS
NAYARIT, NAYARIT, MEXICO

FUNDS IN POSSESSION:
--------------------
United States Dollar 45.00   JG
Mexican Peso 20.00           JG

RECORDS CHECKED:
----------------
CIS Positive
EARM Positive
IAFIS Positive
NCIC Positive

NARRATIVE
---------
On December 31, 2012, at approximately 11:15pm, United States Supervisory Border Patrol
```

| Signature<br>EDISON ABRENICA | Title<br>BORDER PATROL AGENT |
|---|---|

2 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

004

6

U.S. Department of Homeland Security                    Continuation Page for Form        I213

| Alien's Name | File Number | Date |
|---|---|---|
| GRANDE, JUAN JOSE | A070 212 393<br>Event No:ELS1301000001 | 01/01/2013 |

Agent (SBPA) James W. Wilhelm was patrolling the United States/Mexico International Border approximately 29 miles west of the Calexico, California West Port of Entry. While performing his duties, SBPA Wilhelm responded to a call to assist a Bureau of Land Management (BLM) Park Ranger who had encountered two individuals walking. Upon making contact, SBPA Wilhelm conducted a field interview with the two individuals, one of whom was later identified as Juan Jose GRANDE (A# 070 212 393). SBPA encountered GRANDE approximately ten miles north of the United States/Mexico International Boundary near Old Highway 80 and Wheeler Road. This area is a remote area near the Westside Main Canal with agricultural fields mixed with sandy and brushy desert terrain that smugglers and illegal immigrants use to their advantage. The undocumented aliens then continue north from the border, if they go undetected.

When SBPA Wilhelm encountered GRANDE, SBPA Wilhelm identified himself as a United States Border Patrol Agent and questioned GRANDE as to his citizenship. GRANDE stated that he was a Mexican citizen without the proper documents that would allow him to enter or remain in the United States legally. SBPA Wilhelm advised GRANDE of his Administrative Rights as per Service Form I-826 in the Spanish language. GRANDE was placed under arrest and transported to the El Centro Border Patrol Station for further processing.

At the station, GRANDE's fingerprints, biographical information, and photograph were entered into the E3/IDENT/IAFIS systems. IAFIS revealed that GRANDE had a positive Immigration and Criminal history. Further records checks run at El Centro Station confirmed the aforementioned information. The checks indicated that GRANDE had been previously ordered removed on June 08, 2011. Records checks also revealed that GRANDE has 11 previous immigration related apprehensions and was prosecuted under 8 USC 1326, Re-entry of Removed Aliens on one previous occasion in Imperial, California. After a review of the records checks GRANDE is being processed for prosecution under 8 USC 1326 Violation of Immigration Law, Re-entry after previously being removed.

Records Checks also revealed that GRANDE had a pending warrant out of Santa Monica, California for 5499 TRAFFIC DAM PROPERTY. Bail was set at $10,000. The pending warrant, WNO# LAX9WA2494601 was confirmed by El Centro Sector Communications. Sector Communications also confirmed the Santa Monica Police Department would not be extraditing GRANDE for the warrant.

At approximately 7:30am, on January 01, 2013, BPA Jose Cota took a video taped sworn statement from Juan Jose GRANDE. BPA Cota advised GRANDE of his Miranda Rights in the Spanish Language, which was witnessed by BPA Edison Abrenica. GRANDE was also advised that his administrative rights no longer applied and that he is being criminally prosecuted for 8 USC 1326 Re-entry of Removed Aliens. GRANDE stated that he understood his rights and was not willing to answer questions without an attorney present. All questioning ceased at this time. Due to a high volume of preceding case files in processing, prosecution of GRANDE was delayed and could not be determined.

Agent Cota concluded the interview at approximately 7:32am

GRANDE appears and claims to be in good physical and mental health.

| Signature | Title |
|---|---|
| EDISON ABRENICA | BORDER PATROL AGENT |

3 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>GRANDE, JUAN JOSE | File Number<br>A070 212 393<br>Event No:ELS1301000001 | Date<br>01/01/2013 |

GRANDE requested a voluntary return to Mexico, but was denied.

GRANDE claims to have no fear of persecution upon being returned to Mexico.

GRANDE was notified of his right to speak with a Mexican Consular Official, to which he declined.

GRANDE is being held at the Imperial County Jail pending prosecution for 8 USC 1326 RE-Entry of Removed Aliens.

Criminal/Immigration Record:

A#:   070 212 393
FBI#:  571532LB7
SID:   CA08533728

1-ARRESTED OR RECEIVED 1993/10/27   SID- CA08533728
    AGENCY-POLICE DEPARTMENT BELL GARDENS (CA0190900)
      AGENCY CASE-A-29048-4212653
      CHARGE 1-001 COUNTS OF INFLICT CRPL INJ SP/COHAB

    COURT-MUNICIPAL COURT HUNTINGTON PARK (CA019193J)
      CHARGE-SEE COMMENT FOR CHARGE
      SENTENCE-
      CONVICTED-PROBATION
      CHARGE-242 PC-BATTERY
      SENTENCE-
      DISMISSED

2-ARRESTED OR RECEIVED 2009/10/01   SID- CA08533728
    AGENCY-POLICE DEPARTMENT SANTA MONICA (CA0196500)
      AGENCY CASE-1326311
      CHARGE 1-001 COUNTS OF HIT AND RUN,PROP DAMAGE
      CHARGE 2-001 COUNTS OF DUI ALCOHOL/0.08 PERCENT
      CHARGE 3-001 COUNTS OF DUI ALCOHOL/0.08 PERCENT
      CHARGE 4-001 COUNTS OF DRIV,SUSP/ETC LIC,DUI,VIO

3-ARRESTED OR RECEIVED 2011/05/30   SID- CA08533728
    AGENCY-POLICE DEPARTMENT LOS ANGELES (CA0194200)
      AGENCY CASE-2757818
      CHARGE 1-001 COUNTS OF DRIV,SUSP/ETC LIC,RECKLES

4-ARRESTED OR RECEIVED 2011/06/07
    AGENCY-CBP-OBP STATION BOULEVARD (CACBP2500)
      AGENCY CASE-200195312 NAME USED-GRANDE-SANCHEZ,JUAN

| Signature<br>EDISON ABRENICA | Title<br>BORDER PATROL AGENT |
|---|---|

4 of 5 Pages

Form I-831 Continuation Page (Rev 08/01/07)

006

8

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>GRANDE, JUAN JOSE | File Number<br>A070 212 393<br>Event No:ELS1301000001 | Date<br>01/01/2013 |

```
      CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212

5-ARRESTED OR RECEIVED 2011/07/02A
   AGENCY-CBP-BP STN IMPERIAL (CACBP0100)
      CHARGE 1-0301-ILLEGAL ENTRY

   COURT-
      CHARGE-8:1326B.F  RE-ENTRY OF DEPORTED ALIEN - FELONY
      SENTENCE-
      09-12-2011  4 MONTHS PRISON; 12 MONTHS TSR

   SUPERVISION OR CUSTODY-
      AGENCY-US PROBATION SAN DIEGO (CA037027G)
        2011/10/31 STATUS--SUPERVISED RELEASE
```

| Signature  EDISON ABRENICA | Title  BORDER PATROL AGENT |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

007

9