**Matthew W. Pritchard**
California State Bar No. 284118
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: matthew_pritchard@fd.org

Attorneys for Mr. Grande

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN JOSE GRANDE,<br>Defendant. | CASE NO.: 13-CR-0130-WQH<br>DATE: May 6, 2013<br>TIME: 2:00 p.m.<br>**MR. Grande's Declaration** |

## DECLARATION OF JUAN JOSE GRANDE

I, Juan Jose Grande, the defendant in the above-titled case, do hereby declare as follows under penalty of perjury:

### Background Information

1. I first came to the United States with both of my parents when I was about six years old.

2. We began living in the Los Angeles, California area.

3. I grew up in the Los Angeles area, attending school there.

4. My parents became legal permanent residents of the United States when I was very young.

5. My parents naturalized as citizens of the United States when I was about 27 years old. They are still United States citizens.

6. My parents applied for me to have permission to remain in the United States when I was 17 or 18 years old, though I am not sure of the precise nature of their application.

7. My attorney has advised me that the above-referenced application was for relief under the Family Unity Program.

8. When I was seventeen years old, I began working full-time for a company called Bay Lighting.

9. I have worked for that same company, Bay Lighting, since that time (except when I have been out of the country), for a total of 26 years.

10. I began living with a woman named Teresa Santos when I was 20 years old.

11. Teresa Santos is a United States citizen.

12. With the exception of a couple of brief separations, I have been in a committed relationship with Ms. Santos since we first began living together.

13. I have consistently held Ms. Santos out as my wife.

14. I have two children with Ms. Santos. They are seven and five years old. They were both born in the United States and are United States citizens.

15. My interest in coming back to the United States was to be with my wife and our two children.

**2011 Expedited Removal**

16. On July 7, 2011, I was arrested by Border Patrol agents near Jacumba, California.

17. I did not show any false documents or attempt to provide false information in order to try to come into the United States at that time.

18. I was processed by a Border Patrol agent at a Border Patrol station, where they spoke to me in both English and Spanish.

19. The agents did not explain to me that I was in formal removal proceedings and would be ordered removed from the United States.

20. The agent did not offer me a chance to call an attorney before I signed the

paperwork that they gave me.

21. The agent told me where to put my initials on the paperwork that he gave me.

22. The agent did not read me the information he put on the form, and he did not give me the opportunity to read all the pages. He simply told me where to sign and put my initials and where to sign my name.

23. I did not understand what I was signing.

24. The agent did not tell me I had any option other than to sign the paperwork. He did not tell me that I could ask to withdraw my application for admission.

25. He did not ask me if my wife is a United States citizen, or if I had any other United States citizen family members.

26. He did not ask me how long I had lived in the United States.

27. If I had known that I could withdraw my application to be admitted to the United States and go back to Mexico at that time, I would have asked to do so.

Dated: May 3, 2013

**Juan Jose Grande**